865 F.2d 249
 Atlas Corporation
v.
Blasius Industries, Inc., Blasius Limtied Partnership, L & D
Precision Limtited Partnership, M.W.L. Enterprise, Limited,
Delano (Warren, Jr.), Lubin (Michael A.), Shulevitz (William
P.), George (Harold H.), Conner (William B.), Greenstein
(Kenneth I.), Heyer (Andrew R.), Macalonan (Arnold W.),
Murnick (Thomas J.)
 NO. 88-3156
 United States Court of Appeals,
Third Circuit.
 NOV 07, 1988
 
 Appeal From: D.Del.,
 Longobardi, J.
 
 
 1
 AFFIRMED.